Date: 10/20/10                              DIVIDENDS REMITTED TO THE COURT                              Page: 1

Case Number 10-11399 - BROCK, JAMES ALAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MORNINGSTAR EMERGENCY PHYSICIANS<br>9301 S WESTERN<br>OKLAHOMA CITY OK 73139 | 000004 | 23.62 | 1.73 |
| ---------- Remittance Total --------------- | | 23.62 | 1.73 |

_____
SUSAN MANCHESTER, Trustee

COURT1                                                    Printed: 10/20/10 02:14 PM    Ver: 16.00